UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLIE WILLIAMS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-10200** |
| **SOUTHERN HOME CARE SERVICES, INC. d/b/a RESCARE HOME CARE, ET AL.** | **SECTION: "S" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and based upon plaintiffs' counsel's representation that he does not object to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the recommendation the Plaintiffs' claims against Defendant Deon Johnson be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) is **AFFIRMED**.

New Orleans, Louisiana this 8th day of January, 2020

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE